03/10/2008  11:13   2148269229      JONES CARR MCGOLDRIC      PAGE 05/06

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LA

2008 [...] P 2:17

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT
# OF LOUISIANA

| | |
|---|---|
| DAVID RAY LITTLE and ROBERT SCOTT WEBB, both Individually and on behalf of the Late, JUDY LITTLE, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> SAFETY-KLEEN SYSTEMS, INC., ET AL., <br><br> Defendants. | § § § § § § § § § § § § § CIVIL ACTION NO. 05-1014-C-M1 |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day came on to be heard the Agreed Motion of Plaintiffs, DAVID RAY LITTLE and ROBERT SCOTT WEBB, both Individually and on Behalf of the Late, JUDY LITTLE, Deceased, to dismiss this cause, as to Defendant Safety-Kleen Systems, Inc., with prejudice to the refiling of same. After considering said Motion, this Court is of the opinion that this Motion should be granted in its entirety; and it is hereby

ORDERED, ADJUDGED and DECREED that the above-referenced cause be dismissed, as to Defendant Safety-Kleen Systems, Inc., with prejudice to Plaintiffs refiling same, with all taxable costs of Court taxed against the party incurring same, except as otherwise agreed by the parties.

SIGNED this 13th day of _May_, 2008.

_____
JUDGE PRESIDING